Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:00CR00312-001(ADM)

DOCKET NO. (Receiving Court)

| NAME AND LOCATION OF | DISTRICT | DIVISION | |
|---|---|---|---|
| Jacolyn Ann Quezada<br>Sioux Falls, SD | MINNESOTA | FOURTH | |
| | NAME OF SENTENCING JUDGE<br>Honorable Ann D. Montgomery | | |
| | DATES OF SUPERVISION | FROM<br>06/14/2004 | TO<br>06/13/2009 |

OFFENSE

Possession With Intent to Distribute Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of South Dakota - Sioux Falls upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

16 July 2007
Date

Ann D. Montgomery, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 24, 2007
Effective Date

United States District Judge

SCANNED
AUG 03 2007
U.S. DISTRICT COURT ST. PAUL